UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH LA BARR, | ) | No. 2:12-cv-07300-JCG |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that EAJA fees are awarded in the amount of SIX THOUSAND FOUR HUNDRED DOLLARS ($6,400.00) subject to the terms of the parties' Stipulation.

Date: *August 5*, 2013

JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE